IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ISAAC BROOKS,<br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>TEMPLE UNIVERSITY HEALTH<br>SYSTEM, INC., TEMPLE UNIVERSITY<br>HOSPITAL,<br>　　　　　　　Defendants. | CIVIL ACTION<br><br><br><br>NO.  21-1803 |

## ORDER

**AND NOW**, this 8th day of April, 2022, upon consideration of Defendants' Motion for Summary Judgment (ECF Nos. 12 & 16), and Plaintiff's Response thereto(ECF No. 15), it is **HEREBY ORDERED** that Defendants' Motion is **DENIED.**

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　/s/Wendy Beetlestone, J.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**